NUMBER 13-10-00072-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE: BISHOP LIFTING PRODUCTS, INC.






On Petition for Writ of Mandamus


and Motion for Emergency Temporary Relief.






MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Vela


Per Curiam Memorandum Opinion (1)



 Relator, Bishop Lifting Products, Inc., filed a petition for writ of mandamus and a
motion for emergency temporary relief in the above cause on February 18, 2010. The
Court, having examined and fully considered the petition for writ of mandamus and motion
for emergency temporary relief, is of the opinion that relator has not shown itself entitled
to the relief sought. Accordingly, the motion for emergency temporary relief and the
petition for writ of mandamus are DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM


Delivered and filed the 

19th day of February, 2010.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).